**Daniel Snyder, OSB #783856**
Email dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB #061058**
Email carlpost@lawofficeofdanielsnyder.com
**Erin McCool, OSB #064277**
Email erinmccool@lawofficeofdanielsnyder.com
Law Offices of Daniel Snyder
1000 S. W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone (503) 241–3616
Facsimile (503) 241–2249

      Attorneys for Plaintiff


**Krishna A. Balasubramani, OSB #942431**
Email kbalas@sbhlegal.com
**Rebecca A. Watkins, OSB #044445**
Email rwatkins@sbhlegal.com
Sather, Byerly & Holloway, LLP
111 S. W. Fifth Avenue, Suite 1200
Portland, Oregon 97204
Telephone (503) 412-3104
Facsimile (503) 721-9272

      Attorneys for Defendant
      Barrett Business Services, Inc.


**Román D. Hernández, OSB #011730**
Email rhernandez@schwabe.com
**Jean Ohman Back, OSB #912011**
Email jback@schwabe.com
**Sharon E. Rye, OSB #084615**
Email srye@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1900 Pacwest Center
1211 SW 5th Avenue
Portland, Oregon  97204
Telephone (503) 222 - 9981
Facsimile (503) 796 - 2900

      Attorneys for Defendant,
      Portland Chimney, Inc. dba
      Portland Chimney & Masonry, Inc.
      and as Portland Chimney


Page 1 -    STIPULATED MOTION AND ORDER FOR JUDGMENT
              OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**VASILIY I. PRYCHYNA,**

                        Plaintiff,

   vs.

**BARRETT BUSINESS SERVICES, INC.,
and PORTLAND CHIMNEY INC. dba
PORTLAND CHIMNEY & MASONRY
INC. and as PORTLAND CHIMNEY,**

                  Defendants.

Case No. CV 11-122 HZ

STIPULATED MOTION AND ORDER
FOR JUDGMENT OF DISMISSAL
WITH PREJUDICE

       Based upon the stipulation of the parties, this case is hereby dismissed with prejudice and

without costs or fees to any party.

       Dated this 6th day of August, 2012.


                      /s/ Marco A. Hernandez
                      MARCO A. HERNANDEZ
                      United States District Judge

It is so stipulated:

LAW OFFICES OF DANIEL SNYDER

By: /s/ Daniel Snyder
      Daniel Snyder, OSB #783856
      Attorneys for Plaintiff

      Dated:  August 2, 2012.

SATHER BYERLY & HOLLOWAY

By: /s/ Krishna A. Balasubramani
      Krishna A. Balasubramani
      OSB #942431
      Attorneys for Defendant Barrett
      Business Services, Inc.
      Dated:  August 2, 2012.

SCHWABE, WILLIAMSON & WYATT

By: /s/ Román D. Hernández
      Román D. Hernández, OSB #011730
      Attorneys for Defendant Portland
      Chimney Inc.
      Dated:  August 2, 2012.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900