**Daniel Snyder, OSB #783856**
Email dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB #061058**
Email carlpost@lawofficeofdanielsnyder.com
**Erin McCool, OSB #064277**
Email erinmccool@lawofficeofdanielsnyder.com
Law Offices of Daniel Snyder
1000 S. W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone (503) 241–3616
Facsimile (503) 241–2249

    Attorneys for Plaintiff


**Krishna A. Balasubramani, OSB #942431**
Email kbalas@sbhlegal.com
**Rebecca A. Watkins, OSB #044445**
Email rwatkins@sbhlegal.com
Sather, Byerly & Holloway, LLP
111 S. W. Fifth Avenue, Suite 1200
Portland, Oregon 97204
Telephone (503) 412-3104
Facsimile (503) 721-9272

    Attorneys for Defendant
    Barrett Business Services, Inc.


**Román D. Hernández, OSB #011730**
Email rhernandez@schwabe.com
**Jean Ohman Back, OSB #912011**
Email jback@schwabe.com
**Sharon E. Rye, OSB #084615**
Email srye@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1900 Pacwest Center
1211 SW 5th Avenue
Portland, Oregon 97204
Telephone (503) 222 - 9981
Facsimile (503) 796 - 2900

    Attorneys for Defendant,
    Portland Chimney, Inc. dba
    Portland Chimney & Masonry, Inc.
    and as Portland Chimney

Page 1 -    STIPULATED MOTION AND ORDER FOR JUDGMENT
            OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/120730/180345/SER/9810100.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VASILIY I. PRYCHYNA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**BARRETT BUSINESS SERVICES, INC., and PORTLAND CHIMNEY INC. dba PORTLAND CHIMNEY & MASONRY INC. and as PORTLAND CHIMNEY,**<br><br>　　　　　　　　　　Defendants. | Case No. CV 11-122 HZ<br><br>STIPULATED MOTION AND ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE |

　　　　Based upon the stipulation of the parties, this case is hereby dismissed with prejudice and without costs or fees to any party.

　　　　Dated this 6th day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Marco A. Hernandez
　　　　　　　　　　　　　　　　　　　　　　　MARCO A. HERNANDEZ
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

It is so stipulated:

LAW OFFICES OF DANIEL SNYDER　　　　　　SCHWABE, WILLIAMSON & WYATT

By: /s/ Daniel Snyder　　　　　　　　　　　　By: /s/ Román D. Hernández
　　Daniel Snyder, OSB #783856　　　　　　　　　Román D. Hernández, OSB #011730
　　Attorneys for Plaintiff　　　　　　　　　　　Attorneys for Defendant Portland
　　　　　　　　　　　　　　　　　　　　　　　Chimney Inc.
　　Dated: August 2, 2012.　　　　　　　　　　Dated: August 2, 2012.

SATHER BYERLY & HOLLOWAY

By: /s/ Krishna A. Balasubramani
　　Krishna A. Balasubramani
　　OSB #942431
　　Attorneys for Defendant Barrett
　　Business Services, Inc.
　　Dated: August 2, 2012.

Page 2 -　STIPULATED MOTION AND ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/120730/180345/SER/9810100.1